ALAN J. DONATO, SBN: 264755
Law Offices of Alan J. Donato
1383 Garden Highway, Suite 100
Sacramento, CA 95833
Phone: 916.803.6268
Fax: 916.303.1561

Attorney for Defendant
HURSHID HALDAROV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-00118-TLN |
| Plaintiff, | **WAIVER OF DEFENDANT'S PRESENCE** |
| vs. | |
| HURSHID HALDAROV, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant, HURSHID HALDAROV, hereby waives the right to be present in person in open Court upon the hearing of any motion or other proceedings in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, specifically, appearances for any hearing regarding imposition of judgment and sentencing or modification of conditions of supervised release.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

Defendant further acknowledges being informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original, signed copy of this waiver is being preserved by the attorney undersigned.

Dated: 5/23/2017 /S/ Hurshid Haldarov

HURSHID HALDAROV, Defendant

I agree and consent to my Client's waiver of appearance.

Dated: 6/5/17 /S/ Alan J. Donato

ALAN J. DONATO,
Attorney for Defendant Haldarov

IT IS SO ORDERED.

Dated: June 7, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE