ALAN J. DONATO, SBN: 264755
Law Offices of Alan J. Donato
1383 Garden Highway, Suite 100
Sacramento, CA 95833
Phone: 916.803.6268
Fax: 916.303.1561

Attorney for Defendant
HURSHID HALDAROV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>HURSHID HALDAROV.<br><br>　　　　　　Defendant. | Case No.: 2:12-cr-118-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIOD UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date: January18, 2018<br>Time: 9:00 A.M.<br>Judge: Hon. Troy L. Nunley |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 18, 2018.
2. By this stipulation, defendant no moves to continue the status conference until April 26, 2018, and to exclude time between January 18, 2018 and April 26, 2018 under Local Code T4.
3. The parties agree and stipulate, and request that the Court find the following:
    a. The government has represented that the discovery associated with this case includes approximately 5,000 pages of investigative reports and documents collected in the investigation. All of this discovery has either been produced directly to counsel and/or made available for inspection and copying.
    b. Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges,

1

to review and copy discovery for this matter, to discuss potential resolutions with his client, to research potential motions and to otherwise prepare for trial. Counsel is still reviewing materials and gathering information.

c. Additionally, defendant resides full-time in New York and there is a language barrier between defendant and his counsel that requires coordination of interpreter services. The need for an interpreter has impacted counsel's ability to quickly and easily confer with defendant about the case. Defendant and his counsel intend to fly defendant out in early February to meet with an interpreter to go over the case. Due to limited resources, this is the first available time for defendant to fly to California and meet in person with his counsel and an interpreter regarding the discovery, defenses, and other materials in this case.

d. Counsel for defendant was in trial in December, and – as of the filing of this stipulation - is currently scheduled for three other jury trials before April 26, 2018, including a trial before Hon. Garland E. Burrell set to commence on January 23, 2018 and a pre-assigned multiple co-defendant jury trial in Sacramento Superior Court set to commence on January 31, 2018. Additionally, counsel for defendant and his wife are expecting their child in early March.

e. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The government does not object to the continuance.

g. Based on the above-stated findings, the ends of justice served by continuing the case requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of January 18, 2018 to April 26, 2018 inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance

gratned by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a fidning that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 10, 2018        MCGREGOR SCOTT
                               UNITED STATES ATTORNEY

                   By:   /s/ Lee Bickley
                         LEE BICKLEY
                         Assistant U.S. Attorney
                         Attorney for Plaintiff

Dated: January 10, 2018         /s/ Alan J. Donato
                               ALAN J. DONATO,
                               Attorney for Defendant
                               HURSHID HALDAROV

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of January, 2018.

                               _____
                               HON. Troy L. Nunley
                               United States District Judge