ALAN J. DONATO, SBN: 264755
Law Offices of Alan J. Donato
1383 Garden Highway, Suite 100
Sacramento, CA 95833
Phone: 916.803.6268
Fax: 916.303.1561

Attorney for Defendant
HURSHID HALDAROV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HURSHID HALDAROV.<br><br>    Defendant. | Case No.: 2:12-cr-118-TLN<br><br>**AMENDED** STIPULATION REGARDING EXCLUDABLE TIME PERIOD UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date: April 26, 2018<br>Time: 9:00 A.M.<br>Judge: Hon. Troy L. Nunley |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 26, 2018.

2. By this stipulation, defendant now moves to continue the status conference until June 14, 2018, at 9:30 a.m., and to exclude time between April 26, 2018 and June 14, 2018 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes approximately 5,000 pages of investigative reports and documents collected in the investigation. All of this discovery has either been produced directly to counsel and/or made available for inspection and copying. Counsel is still reviewing this discovery and investigating.

1

b. Defendant also needs additional time to consult with an immigration attorney on the consequences of trial or any in the matter on his immigration status. Counsel also desires additional time to consult with his client about the immigration consequences of trial.

c. Additionally, defendant resides full-time in New York and there is a language barrier between defendant and his counsel that requires coordination of interpreter services. The need for an interpreter has impacted counsel's ability to quickly and easily confer with defendant about the case and his defenses in this matter.

d. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of April 26, 2018 to June 14, 2018 inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

Dated: April 23, 2018					MCGREGOR SCOTT
							UNITED STATES ATTORNEY

						By:	/s/ Lee Bickley
							LEE BICKLEY
							Assistant U.S. Attorney
							Attorney for Plaintiff

Dated: April 23, 2018					 /s/ Alan J. Donato
							ALAN J. DONATO,
							Attorney for Defendant
							HURSHID HALDAROV

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 24th day of April, 2018.

_____
Troy L. Nunley
United States District Judge