MCGREGOR W. SCOTT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HURSHID HALDAROV,<br><br>Defendant. | CASE NO. 2:12-CR-00118 TLN<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE<br><br>Judge: Hon. TROY L. NUNLEY |

**<u>STIPULATION</u>**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for Judgment and Sentencing on May 16, 2019.

2. By this stipulation, the parties now move to continue the Judgment and Sentencing until July 25, 2019, at 9:30 a.m..

3. The United States has notified the assigned Probation Officer of the requested scheduling change.

IT IS SO STIPULATED.

STIPULATION

1

| | |
|---|---|
| Dated: April 17, 2019 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ LEE S. BICKLEY<br>LEE S. BICKLEY<br>Assistant United States Attorney |
| Dated: April 17, 2019 | /s/ Alan J. Donato<br>ALAN J. DONATO<br>Counsel for Defendant<br>HURSHID HALDAROV |

## **ORDER**

IT IS SO FOUND AND ORDERED, this 18th day of April, 2019.

Troy L. Nunley
United States District Judge